1048

[No. 57729-8-I. Division One. January 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05099-7, Cheryl B. Carey, J., entered January 10, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 34212-0-II. Division Two. January 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN PATRICK CLOSE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-02471-6, Diane M. Woolard, J., entered December 16, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 23800-8-III. Division Three. January 23, 2007.]

VERNON S. STREETER ET AL., *Appellants*, v. MATTHEW D. ALTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-05674-4, Harold D. Clarke III, J., entered January 7, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.